United States Court of Appeals
For the Eighth Circuit

_____

No. 14-3396

_____

Detrick Lockridge

*Plaintiff - Appellant*

v.

Per Mar Security & Research Corp.

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: May 6, 2015
Filed: May 13, 2015
[Unpublished]

_____

Before COLLOTON, BYE and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Detrick Lockridge appeals the district court's[1] adverse grant of summary judgment in his action against his former employer, in which he asserted claims of

_____

[1] The Honorable Michael J. Davis, Chief Judge, United States District Court for the District of Minnesota.

unlawful discrimination and retaliation. Upon careful de novo review, we conclude that the district court's decision was correct. See Torgerson v. City of Rochester, 643 F.3d 1031, 1042-43 (8th Cir. 2011) (en banc) (standard of review); see also Moody v. Vozel, 771 F.3d 1093, 1097 (8th Cir. 2014) (discussing standards applicable to claim of discriminatory termination), petition for cert. filed, — U.S.L.W. — (U.S. Apr. 23, 2015) (No. 14-1271); Alvarez v. Des Moines Bolt Supply, Inc., 626 F.3d 410, 416-18 (8th Cir. 2010) (discussing standards applicable to claim of unlawful retaliation).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____